UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GRECIA,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:26-cv-01844 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff, proceeding *pro se*, filed this action on March 5, 2026, alleging certain violations of the Federal Tort Claims Act, 28 U.S.C. § 1346 *et seq.*, against Defendant United States of America. *See* Dkt. 1. On May 27, 2026, because Defendant had not yet answered or appeared in the matter, Plaintiff requested a Clerk's Entry of Default under Federal Rule of Civil Procedure ("Rule") 55(a). Dkt. 7. In his request, Plaintiff declared under penalty of perjury that he had served Defendant with the summons and complaint via certified mail on March 23, 2026, and he attached pictures of his certified mail receipts. *Id.* at 3, 5. The docket reflects that Plaintiff's request for an entry of default was marked deficient because it did not contain a proposed Clerk's certificate or supporting declaration; the docket further reflects that the notice of this deficiency was mailed to Plaintiff on May 28, 2026. The deficiency notice also explains that the forms Plaintiff failed to file are available on the Court's website.

Despite that notice of deficiency, and despite the fact that Defendant has not yet appeared in this action, Plaintiff has not re-filed his request for an entry of default or otherwise sought to move this case forward into default judgment. Instead, on July 22, 2026, Plaintiff filed a document titled "Plaintiff's Notice of Related Delaware Filing, Evidentiary Preservation, and CVRA-Elected Partial Restitution Position." Dkt. 8. On August 16, 2026, Plaintiff filed a document titled "Plaintiff's Notice of Non-Authorization and Express Repudiation of Any Purported Power of Attorney, Conservatorship, Guardianship, or Agency Authority." Dkt. 10.

On August 18, 2026, Plaintiff filed a document titled "Plaintiff's Notice of Formal EOUSA General Counsel Ethics-Review Request." Dkt. 9.

Therefore, Plaintiff shall re-file his request for Clerk's entry of default, to address the deficiencies identified by the Clerk of Court, by **September 3, 2026**. Plaintiff shall serve a copy of his re-filed request on Defendant and file proof of that service on the docket by **September 3, 2026**. Plaintiff's failure to comply with this order may result in dismissal of this action for failure to prosecute under Rule 41(b).

Dated: August 20, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge