UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GRECIA,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:26-cv-01844 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff William Grecia ("Plaintiff") filed this action against the United States of America on March 5, 2026. *See* Dkt. 1 (the "Complaint" or "Compl."). The United States has not yet responded to the Complaint or appeared in the matter.

On August 20, 2026, the Court directed Plaintiff to re-file his request for a Clerk's entry of default to address the deficiencies in his previous request. *See* Dkt. 11. On August 21, 2026, Plaintiff re-filed that request. *See* Dkts. 12-17, 19-20. As part of the new filing, however, Plaintiff informed the Court for the first time that he had previously attempted to amend his Complaint. *See* Dkt. 19 at 1. He attached a copy of his proposed amended complaint (the "First Amended Complaint"), *id.* at 8, as well as a copy of a March 25, 2026 email that he purportedly sent to the "SDNY Clerk of Court" transmitting the First Amended Complaint and asking that it be "file[d]," *id.* at 6. It appears that Plaintiff served the First Amended Complaint on the United States, along with various other papers, on August 21, 2026. *See* Dkt. 17. In the present filing, Plaintiff "requests clarification whether [the Complaint] or the attached First Amended Complaint is the operative pleading for purposes of Rule 55(a)." Dkt. 19 at 2. Plaintiff further requests that, if the First Amended Complaint is the operative pleading, his "Rule 55(a) application be held in abeyance or denied without prejudice until the applicable response period

expires." *Id.* Plaintiff notes that if the First Amended Complaint is "deemed operative and a new response period applies, [he] do[es] not represent that the new period [for the United States to respond] has expired." Dkt. 16.

It is not clear to the Court why Plaintiff waited until August 2026 — months after Plaintiff himself requested a Clerk's entry of default against the United States for its failure to respond to the Complaint, and only after the Court ordered Plaintiff to re-file that request because it was deficient — to advise the Court that he had tried and failed in March 2026 to file the First Amended Complaint. Nevertheless, under Federal Rule of Civil Procedure ("Rule") 15, "[a] party may amend its pleading once as a matter of course not later than[] 21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A). Plaintiff has previously certified, under penalty of perjury, that he served the Complaint on the United States on March 23, 2026. *See* Dkt. 7 at 3. Accordingly, to the extent that Plaintiff submitted the First Amended Complaint on March 25, 2026, it is a timely amendment under Rule 15.

Plaintiff is hereby ORDERED to re-file, as a separate document, his First Amended Complaint, and the Court respectfully directs the Clerk of Court to accept that filing. Plaintiff must serve the United States with the First Amended Complaint and file proof of that service by **September 3, 2026**.

Plaintiff has received a Clerk's Certificate of Default against the United States, *see* Dkt. 18, but he has not moved for default judgment against the United States. There is, accordingly, no "Rule 55(a) application," Dkt. 19 at 2, to deny or hold in abeyance. However, Plaintiff's First Amended Complaint, once filed, will become the operative pleading in this matter, and it will therefore moot both the Complaint and the United States' failure to respond to the Complaint. Accordingly, the Clerk of Court is further respectfully directed to strike the Clerk's Certificate of

Default at Dkt. 18. The United States's time to respond to the First Amended Complaint will begin once Plaintiff serves the First Amended Complaint upon the United States.

Dated: August 27, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge